**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: YOLANDA COLLINS

Bankruptcy 16-12046ELF

**Debtor**  **CERTIFICATE OF SERVICE**

**AND NOW,** comes Jenean Tucker from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Creditor
PENNYMAC LOAN SERVICING
6101 CONDOR DRIVE
SUITE 200
MOORPARK CA 93021

DEBTOR
YOLANDA COLLINS
6215 ELMWOOD AVENUE
PHILA., PA 19142

and by electronic service only:

Debtor Attorney
BRAD J SADEK
1315 WALNUT STREET
SUITE 502
PHILA., PA 19107

U S. Trustee
UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
Philadelphia, PA 19106

/s/ Jenean Tucker

Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Dated 5/12/2021